IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DORA PERDIDO**                                                                    **PLAINTIFF**

**v.**                      **Case No. 4:17-cv-418 KGB**

**MIDLAND FUNDING, LLC;**
**STEPHEN P. LAMB d/b/a**
**LAW OFFICE OF**
**STEPHEN P. LAMB; and**
**STEPHEN P. LAMB, individually**                              **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed.

So adjudged this 17th day of October 2017.

_____
Kristine G. Baker
United States District Judge